UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>THE KOOPLES USA, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:19-cv-03263-JGK<br><br>**[PROPOSED] ORDER FOR WITHDRAWAL OF ATTORNEY JESSICA C. COVINGTON, ESQ.** |

PLEASE TAKE NOTICE that Brent H. Blakely Esq., hereby move for entry of an order granting Jessica C. Covington, Esq., *admitted pro hac vice* leave to withdraw as counsel for Plaintiff Chrome Hearts LLC, on the grounds that she is no longer employed by the Blakely Law Group.

Dated:　　November 13, 2019　　　Respectfully Submitted,
　　　　　　Los Angeles, California

　　　　　　　　　　　　　　　　By: */s/ Brent H. Blakely*
　　　　　　　　　　　　　　　　　　Brent Blakely (BB 1966)
　　　　　　　　　　　　　　　　　　1334 Parkview Avenue, Suite 280
　　　　　　　　　　　　　　　　　　Manhattan Beach, California 90266
　　　　　　　　　　　　　　　　　　Telephone: (310) 546-7400
　　　　　　　　　　　　　　　　　　Facsimile: (310) 546-7401
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　*Chrome Hearts LLC*

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

_____
JOHN G. KOELTL
**United States District Judge**
11/14/19

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-15-19

1