UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

CHROME HEARTS L.L.C.,                    19-cv-03263 (JGK)

           Plaintiff,                ORDER

    - against -

KOOPLES USA, INC.,

           Defendant.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The defendant should reply to plaintiff's Rule 60(b) motion by **August 20, 2020**. The plaintiff should then file a response to the defendant's reply by **August 31, 2020**.

**SO ORDERED.**

Dated:    New York, New York
          August 6, 2020

                                                  /s/ John G. Koeltl
                                                   John G. Koeltl
                                        United States District Judge