# EXHIBIT B

11 rue de Prony 75017 Paris, FRANCE - RCS Paris B 507 769 164

# ORDER #70074254

Order Date: February 21, 2019

## Shipping Address

Carina Conley
1334 PARK VIEW AVE STE 280
MANHATTAN BEACH, California, 90266-3752
United States
T: 5033186330

## Billing Address



## Shipping Method

UPS Ground - Free

## Payment Method

CREDIT CARD
Credit Card Type:   American Express
Credit Card Number:xxxx-2003

## Items Ordered

- ROUND-NECK JUMPER
Size:
2
Color :
GREY

- Wool cardigan with openwork detailing
Size:
Taille Unique
Color :
ECRU

| PRODUCT NAME | SKU | PRICE | QTY | SUBTOTAL |
|---|---|---|---|---|
| | | | Subtotal | $670.00 |
| | | | Shipping & Handling | $0.00 |
| | | | (9.5%) | $63.65 |
| | | | Tax | $63.65 |

| PRODUCT NAME | SKU | PRICE | QTY | SUBTOTAL |
|---|---|---|---|---|
| | | | Grand Total | $733.65 |

CLOSE WINDOW