UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>THE KOOPLES USA, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No. 1:19-cv-03263-JGK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE PERMANENT INJUNCTION AND REQUEST FOR SANCTIONS AGAINST DEFENDANT** |

The Court having considered plaintiff Chrome Hearts LLC's ("Plaintiff") Motion to Enforce Permanent Injunction and Request for Sanctions Against Defendant The Kooples USA, Inc. ("Defendant"), HEREBY ORDERS THAT:

Plaintiff's Motion is GRANTED, finding Defendant in contempt for violating this Court's Order granting the Permanent Injunction.

The remainder of the Motion addressing compensatory damages and attorneys' fees shall be decided upon receipt of the following:

1. Defendant is ordered to provide an accounting and expenses related to the re-sale of the Accused Products, as defined in Plaintiff's Motion, by _____.

2. Plaintiff is permitted to submit a supplemental brief on the issue of compensatory damages within _____ days of receiving Defendant's accounting and expenses related to the Accused Products.

Upon this Court's decision on the issue of compensatory damages, Plaintiff

shall submit its calculations for attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____, 2022      _____
                                                                               Honorable John G. Koeltl
                                                                               United States District Court Judge