UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

CHROME HEARTS LLC,

           Plaintiff,

- against -

KOOPLES USA, INC.,

           Defendant.

---

19-cv-3263 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant should respond to the plaintiff's pending motion, ECF No. 30, by June 23, 2022. The plaintiff may reply by June 30, 2022.

SO ORDERED.

Dated:    New York, New York
            June 9, 2022

                                              John G. Koeltl
                                    United States District Judge