```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CHROME HEARTS LLC,

               Plaintiff,

   - against -

KOOPLES USA, INC.,

               Defendant.

19-cv-3263 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Brooks Kushman P.C. has moved to withdraw from its representation of the defendant, The Kooples USA, Inc., ECF No. 32, and has undertaken to serve a copy of its motion on the defendant. Brooks Kushman should file proof of service of its motion by June 24, 2022. The time for the defendant to respond to the motion is July 6, 2022. If there is no response to the motion, it may be granted without further submissions. If there is a response, the time to reply is five days after the response is served.

    This action is stayed pending a decision on the motion to withdraw.

SO ORDERED.

Dated:   New York, New York
           June 20, 2022

                                               John G. Koeltl
                                     United States District Judge