UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHROME HEARTS LLC,

               Plaintiff,

- against -

KOOPLES USA, INC.,

               Defendant.

19-cv-3263 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant should respond to the plaintiff's pending motion, ECF No. 30, by July 22, 2022. The plaintiff may reply by July 29, 2022.

SO ORDERED.

Dated:    New York, New York
            July 8, 2022

                                                John G. Koeltl
                                          United States District Judge