

**Richard Lehv**
Senior Litigation Counsel

151 West 42nd Street, 17th Floor
New York, NY 10036

T 212.813.5928
rlehv@fzlz.com

August 5, 2022

**BY ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Motion (ECF No. 30) stayed until 8/12/22.
So ordered.
8/5/22  /s/ JGK
            USDJ*

Re:   CHROME HEARTS LLC, v. KOOPLES USA, INC., 19-cv-3263 (JGK)
        (FZ Ref.: KOOP 2207990)

Dear Judge Koeltl:

We are counsel for the Defendant in this action. We submit this letter-motion, with the consent of Plaintiff, to advise Your Honor that the parties are close to finalizing a resolution of Plaintiff's motion for contempt (Docket No. 30), and request therefore that the court stay the motion. We expect that the resolution will be finalized within one week.

Plaintiff's counsel consented to this request in an e-mail dated today.

Very truly yours,
*Richard Lehv*
Richard Lehv
212.813.5928
rlehv@fzlz.com
cc: All Counsel